Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–19229–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jeffrey Hamilton
  49 West Park Avenue
  Avenel, NJ 07001

Social Security No.:
  xxx–xx–5962

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 1, 2017.

On 5/21/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:        June 27, 2018
Time:        10:00 AM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 21, 2018
JAN: amg

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                   Case No. 17-19229-KCF
Jeffrey Hamilton                                                         Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: May 21, 2018
                              Form ID: 185                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db             +Jeffrey Hamilton,    49 West Park Avenue,    Avenel, NJ 07001-1448
516808647     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516808645      +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                 Salt Lake City, UT 84130-0285
516808650      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516808649       First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516808653      +Mid Am B&T Credit Card,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
516808652      +Mid Am B&T Credit Card,    Po Box 68,    Ralla, MO 65402-0068
516898517      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516808655      +Midland Mortgage Co,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516808654      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,     Po Box 26648,
                 Oklahoma City, OK 73126-0648
516991149      +Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,     Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516839106      +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 21 2018 23:58:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2018 23:58:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516808647       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2018 11:18:49        Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
516808645      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2018 10:46:13        Capital One,
                 Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
516865206      +E-mail/Text: cio.bncmail@irs.gov May 21 2018 23:57:44      Department of Treasury,
                 Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
516808651      +E-mail/Text: aalvino@helmautoloans.com May 21 2018 23:58:12      Helm Assocs,    801 Bristol Pike,
                 Croydon, PA 19021-5447
517057524       E-mail/Text: JCAP_BNC_Notices@jcap.com May 21 2018 23:58:17      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517072501      +E-mail/Text: bankruptcydpt@mcmcg.com May 21 2018 23:58:03      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
517078053       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 00:02:59
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,     POB 41067,
                 Norfolk VA 23541
517087472       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 00:03:18
                 Portfolio Recovery Associates, LLC,    c/o Onemain Financial Issuance,     Trust 2015-2,
                 POB 41067,    Norfolk VA 23541
517078045       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 00:03:38
                 Portfolio Recovery Associates, LLC,    c/o Rcs Direct Marketing/Orchard Bank,     POB 41067,
                 Norfolk VA 23541
517057832      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 21 2018 23:58:17      Premier Bankcard, LLC,
                 Jefferson Capital Systems, LLC Assignee,     PO BOX 7999,    SAINT CLOUD MN 56302-7999
516815504      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2018 11:18:30        Spot Loan,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516812170      +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 00:02:58       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516808648*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516808646*     +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                 Salt Lake City, UT 84130-0285
516839107*      IRS Centralized Insolv. Operation,    POB 21126,    Philadelphia, PA 19114-0326
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: May 21, 2018
                              Form ID: 185             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew Thomas Archer    on behalf of Debtor Jeffrey   Hamilton aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```