UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

In Re:

Jeffrey Hamilton

Case Number: 17-19229

Hearing Date:

Judge: KCF

Chapter: 13

Order Filed on December 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:    Followed    Modified

# ORDER ON MOTION TO STRIKE CLAIM

The relief set forth on the following pages, numbered two (2) through two (3) is hereby **ORDERED**.

**DATED: December 18, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Jeffrey Hamilton
Case No: 17-19229-KCF
Caption of Order: Order Resolving Motion For Relief From The Automatic Stay

Upon consideration of Debtor's, Jeffrey Hamilton, by and through Counsel, Motion to Strike Claim and for good cause shown, it is hereby

**ORDERED** as follows:

1. The Motion to Strike Claim of MidFirst Bank, Court Claim #3-2 is hereby:

**GRANTED.**

2. The trustee is hereby directed to resume distribution of plan proceeds in accordance with the confirmed Chapter 13 plan.