UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer
175 Richey Ave
Collingswood, NJ 08107
856-963-5000
856-858-4371
Attorney for Debtor(s)

In Re:

Jeffrey Hamilton

Case Number: 17-19229

Hearing Date: _____

Judge: KCF

Chapter: 13

Order Filed on December 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:    Followed    Modified

## ORDER ON MOTION TO STRIKE CLAIM

The relief set forth on the following pages, numbered two (2) through two (3) is hereby **ORDERED**.

**DATED: December 18, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:          Jeffrey Hamilton
Case No:         17-19229-KCF
Caption of Order:    Order Resolving Motion For Relief From The Automatic Stay

Upon consideration of Debtor's, Jeffrey Hamilton, by and through Counsel, Motion to Strike Claim and for good cause shown, it is hereby

**ORDERED** as follows:

1. The Motion to Strike Claim of MidFirst Bank, Court Claim #3-2 is hereby:

**GRANTED.**

2. The trustee is hereby directed to resume distribution of plan proceeds in accordance with the confirmed Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey Hamilton  
       Debtor

Case No. 17-19229-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2018.  
db          +Jeffrey Hamilton,    49 West Park Avenue,    Avenel, NJ 07001-1448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:  
       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Albert Russo    docs@russotrustee.com  
       Andrew Thomas Archer    on behalf of Debtor Jeffrey Hamilton aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 5