UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
175 Richey Ave
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on December 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeffrey Hamilton
      Debtor

Case No.:  17-19229

Chapter:  13

Judge:  KCF

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

 The relief set forth on the following page is **ORDERED**.

**DATED: December 27, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew T. Archer_____, the applicant, is allowed a fee of $ _____500_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____500_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____379_____ per month for _____42_____ months to allow for payment of the above fee.

*rev.8/1/15*