Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 17−19229−KCF
                              Chapter: 13
                              Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey Hamilton
   49 West Park Avenue
   Avenel, NJ 07001

Social Security No.:
   xxx−xx−5962

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/13/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 14, 2019
JAN: slf

                                                                          Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-19229-KCF
Jeffrey Hamilton                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin             Page 1 of 2         Date Rcvd: Jun 14, 2019
                       Form ID: 148             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db          +Jeffrey Hamilton,    49 West Park Avenue,    Avenel, NJ 07001-1448
516808649    First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516808651   +Helm Assocs,    801 Bristol Pike,    Croydon, PA 19021-5447
516808653   +Mid Am B&T Credit Card,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
516808652   +Mid Am B&T Credit Card,    Po Box 68,    Ralla, MO 65402-0068
516898517   +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516808654   +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
              Oklahoma City, OK 73126-0648
516808655   +Midland Mortgage Co,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516991149   +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
              Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
516839106   +U.S. Department of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2019 00:09:36     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2019 00:09:30     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516808647    EDI: CAPITALONE.COM Jun 15 2019 03:48:00      Capital One,    15000 Capital One Dr,
              Richmond, VA 23238
516808645   +EDI: CAPITALONE.COM Jun 15 2019 03:48:00      Capital One,
              Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516865206   +EDI: IRS.COM Jun 15 2019 03:48:00      Department of Treasury,    Internal Revenue Service,
              P O Box 7346,    Philadelphia, PA 19101-7346
516808650   +EDI: AMINFOFP.COM Jun 15 2019 03:48:00      First Premier Bank,    601 S Minnesota Ave,
              Sioux Falls, SD 57104-4868
517057524    EDI: JEFFERSONCAP.COM Jun 15 2019 03:48:00      Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-9617
517072501   +EDI: MID8.COM Jun 15 2019 03:48:00      MIDLAND FUNDING LLC,    PO BOX 2011,
              WARREN, MI 48090-2011
517078053    EDI: PRA.COM Jun 15 2019 03:48:00      Portfolio Recovery Associates, LLC,
              c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517087472    EDI: PRA.COM Jun 15 2019 03:48:00      Portfolio Recovery Associates, LLC,
              c/o Onemain Financial Issuance,    Trust 2015-2,    POB 41067,    Norfolk VA 23541
517078045    EDI: PRA.COM Jun 15 2019 03:48:00      Portfolio Recovery Associates, LLC,
              c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
517057832   +EDI: JEFFERSONCAP.COM Jun 15 2019 03:48:00      Premier Bankcard, LLC,
              Jefferson Capital Systems, LLC Assignee,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
516815504   +EDI: AIS.COM Jun 15 2019 03:48:00      Spot Loan,   by American InfoSource LP as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516812170   +EDI: RMSC.COM Jun 15 2019 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516808648*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
516808646*   +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
516839107*    IRS Centralized Insolv. Operation,    POB 21126,    Philadelphia, PA  19114-0326
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 14, 2019
                              Form ID: 148             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Andrew Thomas Archer    on behalf of Debtor Jeffrey   Hamilton aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```